# Court of Appeals
# of the State of Georgia

ATLANTA, April 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0057.    SATYA MAHAPATRA v. AMERICAN BUILDERS CONTRACTORS SUPPLY CO., INC.**

Having been read and considered, the appellant's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   04/03/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*